CLARA ZICARELLI, as Administratrix of the Estate of RICHARD ZICARELLI, Deceased, Appellant, v. ISIDORE GOLDSTEIN et al., Respondents, et al., Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 266 App. Div. 1010.] Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

VILLAGE OF GREENWOOD LAKE, Respondent, v. GEORGE R. RILEY, Appellant. — Judgment of the County Court of Orange County, affirming a judgment of the Justice's Court, Village of Greenwood Lake, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. [See *post,* p. 987.]

## (January 11, 1944.)

In the Matter of THOMAS F. COSGROVE, Appellant-Respondent. WARD H. CANN, as Chairman of the American Labor Party County Committee of Richmond County, et al., Interveners, Appellants-Respondents; THOMAS J. WALSH, Respondent-Appellant; S. HOWARD COHEN et al., as Commissioners of Elections of the City of New York, Respondents. (Proceeding No. 1.)[*] — Order modified on the law by striking from paragraph " XI " thereof, relating to the return in the Eighteenth Election District of the Second Assembly District, the words and figure " Cosgrove 8 votes on A line ". As thus modified, the order, insofar as appealed from, is affirmed, without costs. Applications for leave to appeal to the Court of Appeals granted. As to the eight votes cast on line A above referred to, the court finds, after an examination of the voting machine in question, that it is impossible to determine the intent of those voters, and the said eight votes, therefore, must be disregarded and not counted for either candidate. Accordingly, eight votes must be deducted from the Cosgrove total of 18,851 set forth in the written stipulation of counsel herein, dated January 10, 1944, so that the valid vote cast for the office of County Judge of Richmond County in the election held November 2, 1943, is 18,843 votes for Thomas F. Cosgrove, and 18,852 votes for Thomas J. Walsh. (*Matter of Walsh [Cosgrove], No. 3, post,* p. 822, decided herewith.) No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

In the Matter of THOMAS F. COSGROVE, Appellant. THOMAS J. WALSH, Respondent; S. HOWARD COHEN et al., as Commissioners of Elections of the City of New York, Respondents. (Proceeding No. 2.)[†] — Order, insofar as appealed from, affirmed, without costs. Application for leave to appeal to the Court of Appeals granted. No opinion. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.